CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DESMOND J. COLLINS, Esq., SBN 179732
STEVEN R. MORASSE, Esq., SBN 117693
MORASSE COLLINS & CLARK
A Professional Corporation
1401 Dove Street, Suite 310
Newport Beach, California 92660
Telephone: (949) 622-0600
Facsimile: (949) 622-0601
Email: desmond@mcc-lawyers.com
Attorneys for Defendants Industrial Enterprises, a California Limited Partnership; Camie L. Booker

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INDUSTRIAL ENTERPRISES, a California Limited Partnership; CAMIE L. BOOKER; and Does 1-10,<br><br>　　　　Defendants. | Case: 8:17-CV-00094-AG-KES<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 8/7/17          CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: 8/7/17          MORASSE COLLINS & CLARK

By: /s/Desmond J. Collins
    Desmond J. Collins
    Attorney for Defendants
    Industrial Enterprises, a California Limited Partnership, and Camie L. Booker

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Desmond J. Collins, counsel for Industrial Enterprises, a California Limited Partnership, and Camie L. Booker, and that I have obtained Mr. Collins's authorization to affix his electronic signature to this document.

Dated: 8/7/17                                CENTER FOR DISABILITY ACCESS

                                    By: /s/Phyl Grace
                                        Phyl Grace
                                        Attorneys for Plaintiff